

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26³
02 1W
0001401603 SEP 07 2016

9/7/2016
JONES, DAVID AKA JONES, DAVID CHARLES JR.
2008CR10666A-W2
WR-84,651-03

Tr. Ct. No.

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

DAVID JONES
SID #0686782
BEXAR COUNTY ADULT DETENTION
200 N. COMAL
SAN ANTONIO, TX 78207

UTF

GMAGN3B 78207

PROCESSED

SEP 09 2016

BCADC Mailroom Dept.